UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                              CRIMINAL ACTION

VERSUS

ZAHID IMRAN                                           NO.: 12-00073-BAJ-SCR

## RULING AND ORDER

Before the Court is Defendant Zahid Imran's **Unopposed Motion and Incorporated Memorandum to Continue Sentencing and to Set Sentencing Memorandum Deadline (Doc. 487)**, seeking an order from this Court granting a continuance of the Defendant's sentencing scheduled for Wednesday, August 20, 2014. Counsel for the Defendant cites an "unavoidable conflict" as the reason for requesting the continuance. The Defendant also seeks a continuance of the date required for filing a sentencing memorandum. The motion is unopposed. Oral argument is not necessary.

The Court concludes that the Defendant has not provided good cause as to why a continuance should be granted in this matter. Without more, an "unavoidable conflict" is not a sufficient basis for establishing that the parties, or the Court, will not be prejudiced or inconvenienced by continuing the sentencing to another date. Moreover, the Defendant has not stated how long the unavoidable conflict will last, nor

has he requested an approximate date for the new sentencing. Under these circumstances, such a motion must be denied.

Accordingly,

**IT IS ORDERED** that Defendant Zahid Imran's **Unopposed Motion and Incorporated Memorandum to Continue Sentencing and to Set Sentencing Memorandum Deadline (Doc. 487)** is **DENIED, without prejudice**, to re-filing the motion with additional reasons or justification for the continuance.

**IT IS FURTHER ORDERED** that the Defendant may file a supplemental motion for a continuance under seal.

Baton Rouge, Louisiana, this 11th day of August, 2014.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA